IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RSUI INDEMNITY COMPANY                                                      PLAINTIFF/
                                                                                      COUNTER-DEFENDANT

VERSUS                                         CIVIL ACTION NO. 1:07cv893-LG-JMR

NEW PALACE CASINO, LLC                                           DEFENDANT/
                                                                                      COUNTER-PLAINTIFF

---

**MOTION *IN LIMINE* TO EXCLUDE THE
TESTIMONY AND REPORT OF PAUL AMORUSO**

---

The plaintiff / counter-defendant, RSUI Indemnity Company ("RSUI"), submits that the testimony and report of the defendant / counter-plaintiff's "expert" witness, Paul Amoruso, should be struck on the grounds that: (1) he is unqualified; (2) his opinions are not based on sufficient facts or data and are in fact contrary to the insured's own admissions that no bad faith occurred; and (3) his opinions are not supported by valid reasoning and methodology generally accepted within the insurance industry. Moreover, his opinions will not assist the trier of fact to understand the evidence or determine a fact at issue, and the defendant / counter-plaintiff, New Palace Casino, L.L.C. ("New Palace"), cannot carry its burden of proving reliability of the testimony and report by a preponderance of the evidence. Accordingly, for the reasons more fully addressed in the attached memorandum in support, Mr. Amoruso's opinions do not meet the evidentiary standards of admissibility set forth by the United States Supreme Court and his testimony and report should be excluded from the trial of this matter.

RSUI INDEMNITY COMPANY

*/s/ Jason P. Waguespack*

BY: JASON P. WAGUESPACK

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
LARRY CANADA (MS #10480)
Email: lcanada@gjtbs.com
1213 31st Avenue
Gulfport, Mississippi 39501
Telephone: (228) 214-4250
Facsimile: (228) 214-9650

JASON P. WAGUESPACK (LA #21123)
Email: jwaguespack@gjtbs.com
FREDERICK W. SWAIM III (LA #28242)
Email: fswaim@gjtbs.com
MICHAEL J. NICAUD (LA #29365)
Email: mnicaud@gjtbs.com
DAVID N. LORIA (LA #30602)
Email: dloria@gjtbs.com
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

## **CERTIFICATE OF SERVICE**

I do hereby certify that on June 22, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Jason P. Waguespack*
JASON P. WAGUESPACK