IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF

MISSISSIPPI, SOUTHERN DIVISION



RSUI INDEMNITY COMPANY,

  Plaintiff/Counter-Defendant,


                CIVIL ACTION NO.

VS.              1:07cv893-LG-JMR



NEW PALACE CASINO, LLC,

  Defendant/Counter-Plaintiff.




          DEPOSITION OF:


          JACK WELBOURN



EXHIBIT
4

1    A.   That's correct.

2    Q.  Is Cobbs, Allen and Hall a

3  captive insurance brokerage?

4    A.  I'm not sure what you mean by

5  that.

6    Q.  Are you an independent

7  brokerage?  Can you seek insurance

8  policies from multiple lines?

9    A.  Yes.  From multiple carriers you

10  mean?

11    Q.  From multiple carriers.

12    A.  Yes.

13    Q.  What other services does Cobbs,

14  Allen and Hall provide to their

15  clients?

16    A.  Claims advocacy.

17    Q.  What is claims advocacy?

18    A.  Well, Alan is our claims

19  advocate.  And what Alan's roles are,

20  and he can correct me if I'm wrong on

21  this, but he works with the insurance

22  carrier and the insured to keep

23  communications moving and to help the

24  insurance companies to not pay,

25  overpay a claim and help our insureds

5e1bf37c-d78f-4257-93a9-00d8341d887d

1   to be paid what is agreed upon in the

2   policy.

3       Q.   That's in the event of a loss?

4       A.   In the event of a loss, that's

5   correct.   If they don't have any

6   losses, they don't have to deal with

7   Alan.

8       Q.   Does Cobbs, Allen and Hall hold

9   itself out as a specialist in placing

10  insurance coverages?

11      MR. TINDAL:   Object to the

12  form.

13      A.   I'm not sure exactly how to

14  answer that.   Specialist is kind of a

15  word I don't know exactly what you

16  mean by.   But, yes, we -- my role at

17  the company is to solely produce these

18  policies.

19      Q.   Besides claims administration,

20  is that what you said?

21      A.   Yes.

22      Q.   Claims advocacy.   What else do

23  you provide?

24      A.   We have loss control

25  consultants.

1    executed policies on behalf of New

2    Palace Casino that you're aware of?

3        MR. TINDAL:  Applications?

4        Q.  Yeah, the actual applications

5    for policies.

6        A.  No.

7        Q.  Mr. Conwell would be the only

8    one?

9        A.  Yes.

10       Q.  At the time of Katrina other

11   than the three policies that we have

12   discussed, what other policies were in

13   place that you provided placement for

14   on behalf of New Palace?

15       A.  General liability, umbrella,

16   crime, auto including garage.

17       Q.  Are you aware if New Palace has

18   made any claims under any of those

19   policies that you have just mentioned

20   in relation to Katrina?

21       A.  I believe the auto policy.

22       Q.  Any others?

23       A.  Could you -- have they made any

24   claims or have there been claims --

25       Q.  Are you aware of any -- I

1    understand what you're saying.  I'm

2    just asking if you are aware that New

3    Palace has made claims to carriers or

4    anyone that provided coverage other

5    than the three policies that we've

6    mentioned?

7      A.   General liability policy and the

8    auto policy.

9      Q.   And has Cobbs, Allen and Hall

10   assisted as a claims advocate for any

11   of those policies?

12     A.   Yes.

13     Q.   All the ones that you have just

14   mentioned?

15     A.   Yes, both of them.

16     Q.   Have you been involved in that

17   process or would that be a better

18   topic to discuss with --

19     A.   I have been involved, but Alan

20   would be much more well versed than I

21   would.

22     Q.   Okay.  Are you aware of what New

23   Palace is currently making claims

24   against RSUI for?

25     A.   Yes.

1    wanted increased flood protection?

2       A.  No.

3       Q.  Let me attach Cobb 81, 82 and 83

4    and Cobb 165 into the record as the

5    next exhibit.  These are the renewal

6    quotations.  I think it's Exhibit 3.

7

8       (Plaintiff's Exhibit No. 3 was

9        marked for identification.)

10

11      Q.  And attach this June 30th, 2005,

12   e-mail from Beverly Casey to

13   George Conwell attaching three binders

14   for New Palace Casino property

15   coverage as Exhibit 4.  It's Cobb 173.

16

17      (Plaintiff's Exhibit No. 4 was

18       marked for identification.)

19

20      MR. ZACHARY:  No objection as

21   to attachment.

22      Q.  I want to talk a little bit with

23   you.  You said that Mr. McCoin was

24   primarily acting as a claims advocate

25   on behalf of New Palace after the

1    loss?

2      A.  Yes.

3      Q.  But I believe that you stated

4    that after the loss, you also had some

5    involvement; is that right?

6      A.  Yes.

7      Q.  If we can, I'd like you to just

8    discuss a little bit about the history

9    of the loss, how you came to find out

10   about it, primarily -- you know, from

11   the first incident, how you came to

12   find out about it.

13     A.  Well, I had just been down there

14   and I had talked to George.  I had

15   come home.  I talked to George the

16   following day, and we knew there was a

17   hurricane coming.  And as the

18   hurricane hit, I knew George was

19   staying, so I was calling George to

20   make sure that he was okay and that

21   his family was okay.  And about a day

22   went by where I could not contact him.

23   You know, they lost all the cell

24   towers.

25       And then after that, I called Dean