IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

```
* * * * * * * * * * * * * * *
                              *
RSUI INDEMNITY COMPANY,       *
                              *
         PLAINTIFF,           *
                              *
vs.                           *   CIVIL ACTION NO:
                              *   1:07cv893-LG-JMR
NEW PALACE CASINO, LLC,       *
                              *
         DEFENDANTS.          *
                              *
* * * * * * * * * * * * * * *
```

The deposition of GEORGE CONWILL, was

taken at the New Palace Casino

Administrative Office, 231 5th Street,

Biloxi, Mississippi, on the 21st day of May

2009, commencing at approximately 2:00 p.m.


EXHIBIT 5

e08ec9bc-763d-49dd-b907-c93672e45443

1    Q.  And in the meetings prior to
2 placing that, this is because you told Jack
3 we want all perils covering up to X-amount
4 of coverage for all properties?
5    A.  Yes.
6    Q.  Has New Palace ever considered
7 bringing claims against Cobbs or Welbourn
8 for not placing appropriate coverage over
9 the properties?
10   A.  Well, no.  Are you asking should
11 we?  Pat?  No.  We have not.  I -- you know,
12 I want to add this.  We believed that, you
13 know, Jack and Cobbs Allen who represents us
14 has shown every effort to try to give us the
15 best deal possible and helped us in dealing
16 with this claim so we believe that they've
17 given us really good effort in trying to
18 help us deal with this.  I just wanted to
19 put that on the record.
20   Q.  Okay.
21   A.  And also that, you know, Jeff
22 Carmello and RSUI, you know, that they've
23 done their work.  We just disagree with
24 their allocation of wind to flood and the
25 way they interpret the policy, I guess.  So

I'm just looking for my money.

Q. Who is Bruce Wood?

A. I think he works for Cobbs, Allen and Hall. I think he's a broker. I have met Bruce before.

Q. Does he work for Wood Special Risk Brokers?

A. Okay. Yes.

Q. Does that sound right?

A. Yes. That sounds right.

Q. So Bruce Wood is the broker that probably was contacted by Jack Welbourn of Cobbs to place coverage?

A. Some of our coverage?

Q. Yeah. Some of your coverage.

A. Oh, sure. I'm sure.

Q. And so Jim -- I'm sorry, Jack is more your agent than a broker?

A. I don't know that I look at it any differently. I mean --

MR. ZACHARY: We're gonna object to the extent it calls for a legal conclusion under Mississippi law.

You can answer it, if you can.

THE WITNESS: I've met Bruce. I